

52 Duane Street – 7th Floor – New York, New York 10007
Office: 212-235-5494 • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

November 10, 2021

<u>Via ECF</u>

Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>United States v. John Tucciarone</u>
19 Cr. 442 (BMC)

Dear Judge Cogan:

With the consent of the Government, I write to respectfully request an adjournment of the sentence in the above-captioned matter. The case is currently on the Court's calendar for November 17, 2021.

The within request is made to allow counsel additional time to prepare a sentence submission on Mr. Tucciarone's behalf, to review the Presentence Report with him and to gather letters of support. It is my understanding that February 9, 2022, at 12:30 in the afternoon is a date that is convenient for the Court.

I thank the Your Honor for his consideration in this matter.

Respectfully submitted,

*Elizabeth E. Macedonio*
*Attorney for the Defendant*
*John Tucciarone*

All Parties Via ECF