Exhibit A

Alissa Cassata
16 Ruggles street
Staten Island NY 10312

August 4,2021

John Tucciarone

To The Honorable Judge Brian M Cogan,

I am writing on behalf of John Tucciarone. John and I have been in a relationship for the past 5 years. We have a soon to be 3-year-old little boy. In this time, I have seen John grow and become a great Dad and partner. He puts us before himself. He helps with our son's ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. John is a big part of ▓▓▓▓▓▓▓ progress and development in the most important time of his developmental skills in life in preparing him for school. We both rely on John in many ways to support us financially and physically be there for us. John is a loving good hearted person and the glue to our life together.

He is a hardworking man that loves his family and provides a safe healthy environment for the little family he created. I have seen John change since he's become a Dad he puts his all into working and building his businesses to have a successful future to share with us and build for his son to take over in the future. He is such a hard working reliable man that doesn't give up. He had made a stupid bad decision by not doing the right thing and being a law abiding citizen. He is ashamed and embarrassed of the decision he made and regrets every second of it. It terrifies him the thought of leaving his son and not being able to support us and be there to help him ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

I can confirm in the past 5 years I have been with him he has grown to be a better version of himself. John has been a reliable, trustworthy person. I hope that you can give John a second chance.

Thank you for taking the time to read this have a great day stay safe.

Thanks
Alissa

Denise A. Tucciarone
67 Blythe Place
Staten Island, NY 10306

January 29, 2022

Re: John Tucciarone

To the Honorable Judge Brian M. Cogan,

I am writing this letter on behalf of John Tucciarone. I am John's Mother of 42 years, and we have maintained a nurturing relationship throughout these years. Such a relationship which involves: caring, love, trust, and empathy. He is both highly intelligent and extremely motivated. Over the past couple of years, John started not one, but two businesses from the ground up, both of which are in very high demand at this time. In general, John is a very hard working entrepreneur, and is well known for being an extremely attentive family man, one who is a dedicated and devoted Father and partner to the Mother of their child.

John and I have had numerous conversations over the course of time, with regards to his case. Those poor choices ultimately impacted his past and his social status at the time, yet remarkably, he has changed his life in order to build a better future which he knows is the right journey to embark on. He has shown to me, as well as other family members and his friends, his remorse for his mistakes, and his deep concern for securing a better life for his immediate and extended family, as a worthy provider, as well as a mentor to others. I have every confidence that with John's strong personality, and along with the determined self motivation that he possesses he will continue to be an influential community member.

As an educated woman, putting aside that I am his Mother, John and I have talked about being human; as we all are, also making mistakes, which we sometimes all do. Those mistakes sometimes can cause a spiraling downfall in ones life, as in John's case, but we have to get up, make amends for our actions, stand tall, and choose to live an honest and respected life. John's reply to me was "You always taught us the most valuable lesson in life is to learn from our mistakes and make the necessary improvements to move forward, and that's what I'm going to keep on doing".

Well John has been working very diligently as he continues to make better choices in life for today and to secure their future. He continues at a steady pace to be the best Father and provider, while also affording other family members any support they may need. He is also a Son, Brother, Grandson, Uncle, Nephew, and Cousin. Throughout John's life he has always been there in many different capacities, as

one who's always there to lend a helping hand. This is not John's first time around for providing a child with his support. He was, and still is a Father figure to his Goddaughter (Niece) Angelina. Her absentee Father of 16 years, left her and her Mother (John's sister) only a few months after her birth, and John always took his responsibility as her Godfather very seriously. He still to this day does all he can for her. They have a very special rapport and she is extremely reliant on him as an instrumental male figure in her life. She is truly blessed to have him in her life. John is a very good hearted man who took a wrong turn awhile back, and has since found the straight and narrow path back to a morally correct path in life.

It is my hope, your Honor, that you may find leniency in John's case, and afford him the ability to continue his self improvement in his personal and professional life as well.

Sincerely,

*Denise A. Tucciarone*

Denise A. Tucciarone

Joshua Gibson
247 Raritan Blvd
Keyport NJ, 07735
1(917) 708-3979
Josh@Enviro-Tec.org

Date: 2/1/2022

To the Honorable Judge Brian M. Cogan,

I am writing on behalf of John Tucciarone and myself. My name is Joshua Gibson I am a disabled Veteran and minority business owner of an environmental restoration company servicing the tri-state area. John Tucciarone is my friend and business partner, we established Enviro-Tec LLC in the wake of the pandemic March 13th 2020. John and myself go back as friends of almost ten years. Throughout those years John has always been someone I could depend on and count on sincerely. As a business partner John has proven himself essential to our hard fought success and growth of our company. In the past two years I have watch and witness first hand Johns dedication to his son, family and our business. With hard work and determination John has helped our company battle adversity, finical instability, and a global pandemic with a tremendous work ethic. Hard work unfortunately doesn't always pay off we all are accustomed to this, however when opportunity crosses with success this is what we call luck. Johns success in the last two years is something admirable, respected, and deserving and is a testament to his hard work and moral character. Your Honor without my friend and business partner our past and future success would not be achievable, John is hands on in every facet of our daily operations. My two daughters and family are very grateful to have John in our life he most certainly is a benefit to society. As a friend and business partner John has helped given our families an opportunity to build something for our kids to be proud of and put a roof over our heads. Without John overseeing our daily operations it would be detrimental to our company. Your honor I don't agree or condone the charges currently against my friend and business partner but only ask you to consider my letter in your upcoming ruling. Thank you Your Honor for you time in reading my letter.

Respectfully,

Joshua Gibson.

August 18, 2021

**From:**
Dom T Tucciarone
64 Whitman Avenue
Staten Island NY 10308

**To:**
The Honorable Brian M. Cogan
United States District Court
For Eastern New York
225 Cadman Plaza East
Brooklyn NY 11201

**Subject:** – Charter Reference and request for leniency for John Tucciarone

Dear Honorable Brian M. Cogan,

My name is Dom Tucciarone, and I am John Tucciarone's Uncle and Godfather. On the day John was born I was in the waiting room along with our entire family and we were all ready and anxious to welcome him into this world. John was my older brothers first son and the first grandson to our parents. When john was born, he was surrounded by a loving supportive family and while he was growing up John and I had a special bond.

John was always an inquisitive child, and he had a knack for figuring things out instantaneously. John was always incredibly supportive with his family and friends and being the oldest child, he is always supportive to his younger sisters and brother. During his childhood, John was always dependably and exhibited positive energy with our family and his friends.

Recently, we lost my brother (John's father) to pancreatic cancer on September 18, 2019, and during that struggle John provided emotional support for his father and his brothers and sisters. After John's fathers passing, John cared for his sister Joyce and her daughter Angelina. Throughout the years, John could always be counted on to be there when needed and has always exhibited commitment to our family. Additionally, John is an incredible father, and his 3-year son is an especially important part of his life. John's son (John Jr.) reminds me of his father and seeing how John takes such loving care of him really warms my heart.

I work in the field of Construction Management and have been performing this type of work for the past 35-years. Several years ago, John was working on my projects as a Local Union 79 Laborer. During that timeframe, John was a very diligent worker and was dependable throughout the entire long-term project. John worked well with the others on the jobsite and proved to be a valuable team member throughout the duration of the project. During that timeframe John and I continued to strengthen our

bond and I always enjoyed our time together. As John continued on his path on other ventures, he continued to work extremely hard and always took on challenging endeavors in various industries and I was always proud to hear about his new projects. John is not fearful of challenging work, and he often excels by his efforts.

When I learned about John's current situation, I was sad and disappointed because I know that this poor decision and misconduct is not consistent with John's personality and character. John has the ability (and has proven) to contribute to society in an admirable way and I could tell you that he is also firmly needed by his 3-year son, brother, sisters, and his niece. They are a remarkably close family and losing John would have an adverse effect on our family.

I respectfully request that as you review all documentation surrounding this case that you consider being as fair and reasonable as possible with your determination for sentencing. I have seen the good in John and I could tell you firsthand that he has the ability to move forward in a positive way. I genuinely believe that a harsh sentence will have a negative effect for John. Our family relies on John, and we really need him in our lives.

Thank you in advance for your fair and reasonable evaluation.

Sincerely,

Dom T Tucciarone

Mrs. Sharon Carbonaro
101 E Macon Avenue, Staten Island, NY 10308
Contact: (718) 787-7370

August 10, 2021

TO: Honorable Judge Brain M. Cogan

RE: Sentencing of John Tucciarone

Dear Honorable Judge Brian M. Cogan,

    My name is Sharon Carbonaro, the aunt of John Tucciarone. My nephew came into my life 41 years ago. Since his birth, John has brought a lot of happiness to my family. He is the first born grandchild and loved dearly. John is a great father to his son.

    John has been there for his family his entire life. He is always looked up to as a person you can count on. On many occasions, I needed help moving and my nephew was always the first person to offer help. I have moved multiple times in my life and my nephew was always there ready, willing and able to assist. Additionally, my nephew has always been very respectful to me and my husband. He has a great heart and is very compassionate towards others.

    Most recently, my brother, John's father- received a diagnosis of terminal cancer. Within a short 12 weeks from his diagnoses my brother died: September 18, 2019. This was a tragic loss for my family. However, during this time we came together and my nephew stood by his father until his last breathe. His father was very proud of him. John showed the family the strength and comfort they all needed in order to ease the pain we were all going through.

    Please take this letter into consideration. My nephew is a good person and is remorseful in the mistake he made. John's son needs his father as it is very important to his development. Thank you for taking your time and reading this letter.

Sincerely yours,

Mrs. Sharon Carbonaro